UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| TINA PARKHURST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 5:20-cv-00018-FDW ) |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

THIS MATTER IS BEFORE THE COURT on the "Motion For Admission Pro Hac Vice and Affidavit" (Document No. 3) filed by Paul Eaglin. Hannalore B. Merritt seeks to appear as counsel pro hac vice for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission Pro Hac Vice and Affidavit" (Document No. 3) is GRANTED. Hannalore B. Merritt is hereby admitted pro hac vice to represent Plaintiff.

Signed: February 24, 2020

Frank D. Whitney
Chief United States District Judge