UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| TINA PARKHURST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 5:20-CV-00018-FDW |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

UPON CONSIDERATION of the Defendant's Unopposed Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. No. 15), Plaintiff's consent to that motion, and the entire record in this case, the motion (Doc. No. 15) is GRANTED.

IT IS HEREBY ORDERED, that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Clerk is respectfully directed to TERMINATE all other pending motions and CLOSE THE CASE.

IT IS SO ORDERED.

Signed: July 15, 2020

_____
Frank D. Whitney
United States District Judge