UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

TINA PARKHURST,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )
                                         )   No. 5:20-CV-00018-FDW
ANDREW M. SAUL,                          )
Commissioner of                          )
Social Security,                         )
                                         )
        Defendant.                       )

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Attorney's Fees (Doc. No.

18). Upon application of Plaintiff, and with no objection by Defendant (Doc. No. 10), the motion

is GRANTED.

IT IS THEREFORE ORDERED that Defendant pay to Plaintiff the sum of $5,740.00 in

attorney fees, in full satisfaction of any and all claims arising under the Equal Access to Justice

Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Signed: October 5, 2020

Frank D. Whitney
United States District Judge